| Attorney or Party without Attorney:<br>Law Offices Of: Michael Cosentino<br>P.O. Box 129<br>Alameda, CA 94501<br>Telephone No: 510 523-4702  FAX No: 510 747-1640<br>Attorney for: Plaintiff | | | | For Court Use Only<br>**FILED**<br>JUL 1 5 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| | | Ref. No. or File No.:<br>USA v Pau aka Wen | | |
| Insert name of Court, and Judicial District and Branch Court:<br>UNITED STATES DISTRICT COURT DISTRICT | | | | |
| Plaintiff: United States of America | | | | |
| Defendant: Katherine W. Pau aka I. Pau Wen | | | | |
| **PROOF OF SERVICE**<br>**SUMMONS & COMPLAINT** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV 08 2501 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Ecf Registration Information Handout

3. a. Party served:                    Katherine W. Pau aka I. Pau Wen
   b. Person served:                   Dino Pau

4. Address where the party was served:  1480 Halibut Street
                                        Foster City, CA 94404

5. I served the party:
   b. **by substituted service.** On: Wed., Jul. 09, 2008 at: 9:04PM by leaving the copies with or in the presence of:
      Dino Pau
   (2) **(Home)** Competent Member of the Household over 18. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Wed., Jul. 09, 2008 from: San Bruno, CA
   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                         Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. Kris Vorsatz                          d. *The Fee for Service was:*   $55.00
   b. **S&R Services**                      e. I am: (3) registered California process server
      851 Cherry Avenue #27-105                (i)   Owner
      San Bruno, CA 94066                      (ii)  Registration No.:      1160
   c. (650) 794-1923, FAX (650) 794-1943       (iii) County:                Santa Clara

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Thu, Jul. 10, 2008

*K. Vorsatz*
(Kris Vorsatz)

Judicial Council Form POS-010          PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007  SUMMONS & COMPLAINT                          micos.5200