1  MICHAEL COSENTINO, SBN 83253
   ATTORNEY AT LAW
2  P.O. Box 129
   Alameda, CA  94501
3  Telephone: (510) 523-4702

4  Attorney for Plaintiff,
   United States of America
5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA          )  NO. CV 08 2501 SLM
                                     )
12              Plaintiff,           )
                                     )  CONSENT JUDGMENT
13      v.                           )
                                     )
14 KATHERINE W. PAU aka I. PAU WEN,  )
                                     )
15              Defendant.           )
                                     )
16 _____)

17        The above entitled Plaintiff having filed its complaint herein, and the above entitled

18 defendant having consented to the making and entry of this final judgment without trial,

19 hereby agree as follows:

20        1. This Court has jurisdiction over the subject matter of this litigation and over the

21 parties to the Consent Judgment. The Complaint herein states a claim upon which relief

22 can be granted.   The defendant hereby acknowledges and accepts service of the

23 complaint filed herein.

24        2. In accordance with the provisions of Title 28 U.S.C. Section 636(c) the parties

25 hereby voluntarily waive their rights to proceed before a judge of the United States District

26 Court and consent to have a United States magistrate judge conduct any and all further

27 proceedings in the case, including trial, and order the entry of a final judgment.  It is

28 understood that any appeal from a judgment entered by a magistrate judge will be taken

1  directly to the Ninth Circuit of the United States Court of Appeals in the same manner as
2  an appeal from any other judgment of a District Court..

3      3.  Judgment shall be in favor of Plaintiff, United States of America and against
4  defendant, KATHERINE W. PAU aka I. PAU WEN, in the sum of $1,813.60 consisting
5  of $1,267.29 in principal, $371.31 interest to July 10, 2008, CIF costs of $0.00, court
6  costs of $55.00 and attorney's fees of $120.00, plus interest at the rate of 8.94% per
7  annum ($0.29 per day) on principal in the amount of $1,267.29 from July 10, 2008, up to
8  the date of entry of the within Consent Judgment, less any sums tendered toward
9  satisfaction of the obligation during said time period.

10     4.  This consent judgment shall bear interest pursuant to the provisions of 28
11 U.S.C §1961(a) at the legal rate per annum from the date of entry of judgment, which
12 interest  will be compounded annually pursuant to the provisions of 28 U.S.C. §1961(b)
13 until paid in full.

14     5.  On or before July 15, 2008, the judgment debtor will tender to the United States
15 of America, a check payable to the U.S. Department of Justice mailed to,

16
U. S. Department of Justice
17 Nationwide Central Intake Facility
P. O. Box 70932
18 Charlotte, NC  28272-0932

19 in the amount of $175.00; thereafter judgment debtor will tender $175.00 on or before the
20 fifteenth day of each succeeding month until the account is paid in full.

21     (a)  Each said payment shall be applied first to the payment of interest accrued to
22 the date of receipt of said payment, and the balance, if any, to the principal;

23     (b)  The judgment debtor shall submit financial data to the plaintiff as specified by
24 plaintiff on the anniversary date of this judgment for each year this judgment remains
25 unpaid; and

26     (c)  Plaintiff reserves the right to evaluate the updated financial data and adjust the
27 periodic payment rate accordingly, or to demand a lump sum payment if warranted by the
28 judgment debtor's financial circumstances, subject to Court approval.

1       6. An Abstract of Judgment shall be recorded with the Recorder's Office of the

2   County of residence of the judgment debtor; plaintiff may also record or file similar

3   documents elsewhere.

4       7. Default under the terms of this consent judgment will entitle the United States

5   of America to execute on this judgment without notice to the judgment debtor.

6       8. The judgment debtor has the right of prepayment of this debt without penalty,

7   and the interest charged will only be calculated to the date of final payment.

8       9. In case of default, all costs incurred in recording, filing, executing, or levying

9   on, satisfying, or otherwise servicing this judgment shall be paid by the judgment debtor.

10

11  Dated: July 10, 2008

                    By: MICHAEL COSENTINO

12                      Attorney for Plaintiff,
                    United States of America

13

14      I have read the foregoing, I understand and agree to the terms, and I

15  sign this agreement as a free and voluntary act.

16

17  Dated: 8/4/08

                    KATHERINE W. PAU aka I. PAU WEN

18                      Defendant and Judgment Debtor

19

20

21  APPROVED AND SO ORDERED THIS _____ DAY OF _____, 2008,

22  The Clerk of the Court is DIRECTED to close the file in the action.

23

24                      _____
                    UNITED STATES MAGISTRATE JUDGE

25

26

27

28