EJ-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* |
|---|
| Recording requested by and return to: |
| MICHAEL COSENTINO SBN 83253 |
| ATTORNEY AT LAW |
| PO BOX 129 |
| ALAMEDA, CA 94501 |

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US DISTRICT CT
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS: 16TH FLOOR
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA

FOR RECORDER'S USE ONLY

PLAINTIFF: UNITED STATES OF AMERICA

DEFENDANT: KATHERINE W. PAU aka I. PAU WEN

CASE NUMBER: CV 08 2501 SLM

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**   [ ] Amended

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ⌐ KATHERINE W. PAU aka I. PAU WEN
        1480 HALIBUT ST.
        FOSTER CITY, CA 94404 ⌐

   b. Driver's license No. and state:                    [X] Unknown
   c. Social security No.: XXX-XX-0045                   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address):* KATHERINE W. PAU aka I. PAU WEN 1480 HALIBUT ST., FOSTER CITY, CA 94404

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address):*
   UNITED STATES OF AMERICA C/O MICHAEL COSENTINO, PO BOX 129, ALAMEDA, CA 94501

Date: AUGUST 14, 2008
MICHAEL COSENTINO
_____
(TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

_____
(SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 1,813.60
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date):* AUGUST 13, 2008
   b. Renewal entered on *(date):*
9. [ ] This judgment is an installment judgment.

[SEAL]

This abstract issued on *(date):*

8-21-08

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address):*

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date):*

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

Clerk, by _____, Deputy
          GLORIA ACEVEDO

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190